# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| DRC, Inc. | ) | ASBCA No. 58754 |
| | ) | |
| Under Contract No. DACW01-99-D-0045 | ) | |

APPEARANCES FOR THE APPELLANT:  Karl F. Dix, Jr., Esq.
Jonathan R. Mayo, Esq.
 Smith Currie & Hancock LLP
 Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
 Engineer Chief Trial Attorney
Pamela B. Schmaltz, Esq.
Bonnie B. Jagoditz, Esq.
 Engineer Trial Attorneys
 U. S. Army Engineer District, Nashville

## ORDER OF DISMISSAL

Following a successful Alternative Dispute Resolution mediation process, the parties entered into a settlement agreement and release and have jointly requested that the Board dismiss this appeal with prejudice. The motion is granted.

Dated: 2 August 2016

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58754, Appeal of DRC, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals